AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Abraham Toussaint, | ) | Case No.  16-   -6042-SNOW |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __9/25/2015 through 10/7/2015__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1029(a)(2) | Use of unauthorized access to devices to fraudulently obtain $1,000 or more in a one-year period |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Joseph McBride, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/28/16

*Judge's signature*

Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

City and state:  Fort Lauderdale, Florida

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joseph McBride, Special Agent with Immigration and Customs Enforcement, Homeland Security Investigations, being duly sworn, hereby depose and state the following.

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), and have been assigned to the Miami Field Office since 2002. I am responsible for conducting criminal investigations of the criminal statutes contained in Title 18 of the United States Code. In my capacity as an HSI agent, I have conducted and participated in numerous investigations involving identity theft, wire fraud, bank fraud, unemployment fraud, and tax refund fraud. Based upon my experience, training, and knowledge, as well as discussions with other law enforcement agents and officers, I am familiar with the manner and means by which criminals engage in identity theft and related fraud.

2. The information in this affidavit is based upon my personal knowledge and information learned from other law enforcement agents, investigators, witnesses, and documents. This affidavit is submitted for the limited purpose of establishing probable cause in support of the criminal complaint against Abraham TOUSSAINT ("TOUSSAINT"). As explained below, I respectfully submit that there is probable cause that, in or about January 2016, TOUSSAINT knowingly, and with intent to defraud, used one or more unauthorized access devices during a one-year period, and, by such conduct, obtained a thing or things of value exceeding $1,000 during that period, in violation of Title 18, United States Code, Section 1029(a)(2). As such, it does not include each and every fact known to the government about this investigation.

## PROBABLE CAUSE

3. On or about January 7, 2016, law enforcement received a complaint from Capital One Bank N.A. ("Capital One") advising that someone had taken over a credit card account

belonging to M.G., and that TOUSSAINT was added as an additional authorized user of M.G.'s account. Additionally, Capital One advised that a residence located in North Miami Beach, where TOUSSAINT formerly lived and where his mother currently lives, was added as the address for the account.

4. Capital One records reflect that, on June 13, 2015, and again on July 6, 2015, TOUSSAINT applied for a Capital One credit card account on Capital One's website with his own Personal Identifying Information ("PII"), and in so doing used Visitor ID number 30580639594766580016917530198020085758. Both applications were rejected by Capital One.

5. Capital One records also reflect that, on September 15, 2015, an unknown individual applied for a credit card account with M.G.'s PII, and, in so doing, used the same Visitor ID previously used by TOUSSAINT. Capital One approved the application, and TOUSSAINT was added as an authorized user on that account. Capital One then issued two credit cards; one ending in 8881 and bearing M.G.'s name, and the other ending in 0617 and bearing TOUSSAINT's name.

6. Law enforcement received a copy of TOUSSAINT's DAVID records from the State of Florida, Department of Highway Safety and Motor Vehicles, and through those records became familiar with TOUSSAINT's appearance.

7. Law enforcement obtained several ATM surveillance photographs of an individual who appeared to be TOUSSAINT (based on his DAVID records) withdrawing funds at ATMs using the Capital One credit card bearing M.G.'s name and ending in 8881, including:

    a. An ATM photograph captured in North Miami Beach, Florida on September 25, 2015, in which TOUSSAINT is depicted withdrawing $383.00 while

driving a BMW bearing a State of Florida license plate EES-X59, which is registered to TOUSSAINT;

b. An ATM photograph captured in Pembroke Pines, Florida on September 30, 2015, in which TOUSSAINT is depicted withdrawing $383.00 while driving a BMW bearing a State of Florida license plate EES-X59, which is registered to TOUSSAINT;

c. An ATM photograph captured in Miramar, Florida on October 1, 2015, in which TOUSSAINT is depicted withdrawing $383.00;

d. An ATM photograph captured in Miramar, Florida on October 2, 2015, in which TOUSSAINT is depicted withdrawing $303.00; and

e. An ATM photographs captured in Pembroke Pines, Florida on October 7, 2015, in which TOUSSAINT is depicted withdrawing $243.00;

8. On January 27, 2016, law enforcement spoke with M.G., who stated that he/she had no knowledge of any Capital One accounts in his/her name, and that he/she never authorized anybody to open such an account using his/her PII.



## CONCLUSION

Based on the information contained in this affidavit, I believe that probable cause exists that TOUSSAINT knowingly, and with intent to defraud, used one or more unauthorized access devices during a one-year period, and, by such conduct, obtained a thing or things of value exceeding $1,000 during that period, in violation of Title 18, United States Code, Section 1029(a)(2).

Further Sayeth Your Affiant Naught.

JOSEPH MCBRIDE, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Subscribed and sworn to before me
this 28 day of January, 2016

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 16-  -6042-SNOW

UNITED STATES OF AMERICA

vs.

ABRAHAM TOUSSAINT,

        **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY: _____
        BRIAN J. SHACK
        ASSISTANT UNITED STATES ATTORNEY
        Court ID No. A5502166
        99 N. E. 4th Street
        Miami, Florida  33132-2111
        TEL (305) 961-9403
        FAX (305) 530-7976